FILED
NOV - 4 2021
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.   5:21-CR- 388 (NAM) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| JOSHUA MEIGHEN, | ) | Violations:   18 U.S.C. § 922(d)(1) [Transfer of a Firearm and Ammunition to a Felon] |
| | ) | |
| | ) | 18 U.S.C.§ 922(a)(5) [Sale of a Firearm to an Out of State Resident] |
| | ) | |
| | ) | 2 Counts |
| **Defendant.** | ) | County of Offense:   Onondaga |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**[Sale and Transfer of a Firearm and Ammunition to a Convicted Felon]**

On or about October 13, 2021, in Onondaga County in the Northern District of New York, and elsewhere, the defendant,

**JOSHUA MEIGHEN**,

did sell and transfer one (1) Taurus, model G3C .380 caliber semiautomatic pistol bearing serial number ACH204655, and twenty-five (25) rounds of .380 caliber ammunition to another person, "Individual 1". At the time of such sale, JOSHUA MEIGHEN knew and had reasonable cause to believe that "Individual 1" had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(d)(1) and 924(a)(2).

## COUNT 2
### [Sale and Transfer of a Firearm to Resident of Another State]

On or about the October 13, 2021, in the Northern District of New York and elsewhere, the defendant,

### JOSHUA MEIGHEN

not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer and sell a firearm, that is, one (1) Taurus, model G3C .380 caliber semiautomatic pistol bearing serial number ACH204655, to another person, "Individual 1," a resident of the State of New York, said person not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing and with reasonable cause to believe that Individual 1 was not then residing in the State of South Carolina, the State in which the defendant was residing at the time of the aforesaid transfer and sale of the firearm, in violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

Dated: November 4, 2021

A TRUE BILL, *NAME REDACTED*

Grand Jury Foreperson

CARLA B. FREEDMAN
United States Attorney

By: _____
Richard Southwick
Assistant United States Attorney
Bar Roll No. 506265